JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FLOYD BRISSETTE, SR., | ) | CASE NO. CV 17-7964-JGB (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| DEBBIE ASUNCION, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 21, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

C:\Users\mgalvez\AppData\Local\Temp\notes1830FA\Judgment.wpd